| LIST OF EXHIBITS | PAGE |
|---|---|
| Exhibit A - Supreme Court's decision in *Burrell*.................................... | 1 - 29 |
| Exhibit B - Grand Jury Transcript - Graham Testimony............................. | 30 - 47 |
| Exhibit C - Deposition of Dan J. Grady................................................ | 48 - 228 |
| Exhibit D - Deposition of Tommy Adkins (Exhibits D-1 and D-2)................. | 229 - 635 |
| Exhibit E - Responses to Interrogatories (Exhibits E-1 and E-2)................... | 636 - 755 |
| Exhibit F - Response to Graham........................................................ | 756 - 765 |
| Exhibit G - Response to Burrell......................................................... | 766 - 815 |
| Exhibit H - Opening Argument - Graham............................................. | 816 - 832 |
| Exhibit I - Testimony of Brantley...................................................... | 833 - 857 |
| Exhibit J - Testimony of Dr. Moore.................................................... | 858 - 872 |
| Exhibit K - Letter from Dr. Sherman................................................... | 873 |
| Exhibit L - Closing Argument - Graham.............................................. | 874 - 914 |
| Exhibit M - Trial Testimony of Olan Wayne Brantley - Burrell Trial............... | 915 - 951 |
| Exhibit N - Record of *State of Louisiana v. Olan Wayne Brantley*, No. 28645, 3rd Judicial District............................................................ | 952 - 965 |