# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## DIVISION MONROE

## NOTICE OF MANUAL ATTACHMENT

CASE# 3:01CV2679

ALBERT RONNIE BURRELL, ET AL

    VS.

TOMMY ADKINS, ET AL

ATTACHMENTS TO:

    DESCRIPTION:    MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON THE PLEADINGS...

    FILED BY:    TOMMY ADKINS AND ROBERT LEVY

    FILE DATE:

    **ARE LOCATED IN THE CLERK'S OFFICE OF THE PRESIDING JUDGE**