RECEIVED
IN ALEXANDRIA, LA
SEP 20 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ALBERT RONNIE BURRELL, et al., Plaintiffs | CIVIL ACTION NO. CV01-2679-M |
| VERSUS | |
| TOMMY ADKINS, et al., Defendants | JUDGE D. "DEE" DRELL MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the expert report submitted by plaintiffs by their legal expert, Eades Hogue, and the expert report submitted by defendants by their legal expert, Bernard E. Boudreaux, Jr., are STRICKEN FROM THE RECORD.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 20th day of SEPTEMBER, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE