

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **ALBERT RONNIE BURRELL, et al.** | **CIVIL ACTION NO. 3:01CV2679** |
| -vs- | **JUDGE DRELL** |
| **TOMMY ADKINS, et al.** | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

Based on written reasons given this date, IT IS HEREBY ORDERED that the motion for summary judgment (Doc. 214) filed by defendants Tommy Adkins (in his official capacity only as former district attorney of Union and Lincoln Parishes) and Robert Levy (in his official capacity only as current district attorney of Union and Lincoln Parishes) be:

(a) DENIED IN PART AS MOOT on the issues of Eleventh Amendment liability; absolute prosecutorial immunity from both Section 1983 and state law claims against them in their individual capacities; and "boilerplate" <u>Monell</u> claims;

(b) DENIED IN PART on the issue of absolute immunity in their official capacities from the Section 1983 claims;

(c) DENIED IN PART as to the <u>Monell</u> official capacity claims for violations of the plaintiffs' constitutional rights under <u>Brady</u>;

(d) DENIED IN PART on the Section 1983 official capacity claims on the issue of failure to train;

(e) DENIED IN PART on the Section 1983 official capacity claims on the issue of false imprisonment and false arrest; and

(f)   GRANTED as to the state law official capacity claims against them. IT IS FURTHER ORDERED that these state law claims be DISMISSED WITH PREJUDICE.

SIGNED on this  9th  day of January, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE