

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **ALBERT RONNIE BURRELL and MICHAEL RAY GRAHAM, JR.** | **CIVIL ACTION NO. 01-2679** |
| -vs- | **JUDGE DRELL** |
| **TOMMY ADKINS, et al.** | **MAGISTRATE JUDGE KIRK** |

### JUDGMENT

This matter having come for trial on the merits pursuant to regular assignment on March 4 - 6, 9 - 12, and 16 - 20, 2009; the jury having returned its Verdict Form as follows:

1. Do you find by a preponderance of the evidence that defendant Monty Forbess maliciously prosecuted Albert Ronnie Burrell?

    YES _____ NO _X_

2. Do you find by a preponderance of the evidence that defendant Monty Forbess maliciously prosecuted Michael Ray Graham, Jr.?

    YES _____ NO _X_

3. Do you find by a preponderance of the evidence that there was a material <u>Brady</u> violation or violations occurring during the 1986-87 case of Albert Ronnie Burrell which violation(s) were proximately caused by the District Attorney's failure, through deliberate indifference, adequately to train and supervise Dan Grady where the need for additional training and supervision was obvious?

    YES _____ NO _X_

4. Do you find by a preponderance of the evidence that there was a material Brady violation or violations occurring during the 1986-87 case of Michael Ray Graham, Jr. which violation(s) were proximately caused by the District Attorney's failure, through deliberate indifference, adequately to train and supervise Dan Grady where the need for additional training and supervision was obvious?

YES _____ NO _X_;

and the Court having adopted the Jury's Verdict as its own, it is hereby

ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of Defendants Monty Forbess; Robert G. "Bob" Buckley, Sheriff of Union Parish; and Robert Levy, District Attorney for the Third Judicial District of the State of Louisiana, and that all Plaintiffs' claims be DISMISSED WITH PREJUDICE at Plaintiffs' cost. Any pending motions are DENIED AS MOOT.

SIGNED on this 23rd day of March, 2009, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE