U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

MAR 27 2009

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | |
|---|---|
| ALBERT RONNIE BURRELL and MICHAEL RAY GRAHAM, JR. | CIVIL ACTION NO. 01-2679 |
| -vs- | JUDGE DRELL |
| TOMMY ADKINS, et al. | MAGISTRATE JUDGE KIRK |

## ORDER

A request has been made to alter the Court's prior instruction regarding post-trial contact with jurors. Once and for all, we make it clear that post-trial contact by the lawyers, their agents, representatives, those affiliated with them, or anyone at their request is absolutely prohibited. *See* Rule 47.5W of the Uniform Local Rules of the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana; and <u>Sawyer v. Hickey</u>, 68 F.3d 472 (5th Cir. 1995).

SIGNED on this 27 day of March, 2009, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE